IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION | Master File No. C 01-2661 MMC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| This Document Relates To: ALL ACTIONS_____/ | |

It is hereby ORDERED that the parties shall appear for a case management conference on September 16, 2005 at 10:30 a.m. The parties shall file a joint case management statement no later than September 9, 2005.

**IT IS SO ORDERED.**

Dated: August 5, 2005

Maxine M. Chesney
United States District Judge