GIBSON, DUNN & CRUTCHER LLP
JONATHAN C. DICKEY, SBN 088226
PAUL J. COLLINS, SBN 187709
REBECCA JUSTICE LAZARUS, SBN 227330
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendants
GOLDMAN, SACHS & CO., MERRILL LYNCH
& CO., MORGAN STANLEY DEAN WITTER,
AND J.P. MORGAN

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS. | CASE NO. C-01-2661-MMC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR UNDERWRITER DEFENDANTS TO ANSWER THE CORRECTED THIRD AMENDED COMPLAINT** |

WHEREAS the Corrected Third Amended Complaint ("Complaint") in the above-captioned action was filed on April 29, 2005 and electronically served on that date; and

WHEREAS the Court issued an Order on August 5, 2005 dismissing some, but not all, of the claims asserted against the Underwriter Defendants in the Complaint and instructing the Underwriter Defendants to answer the Complaint by September 6, 2005; and

WHEREAS in consideration of the length of the Complaint (365 paragraphs), the Underwriter Defendants have requested as a courtesy additional time to prepare their answer and the parties have stipulated to extend the time for the Underwriter Defendants to answer the Complaint in this action through and including September 15, 2005;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order, as follows:

Defendants Goldman, Sachs & Co., Merrill Lynch & Co., Morgan Stanley Dean Witter, and J.P. Morgan shall have up to and including September 15, 2005 within which to file an answer to the Complaint.

DATED: September 6, 2005

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Paul J. Collins
Paul J. Collins

Attorneys for Defendants GOLDMAN, SACHS & CO., MERRILL LYNCH & CO., MORGAN STANLEY DEAN WITTER, AND J.P. MORGAN

DATED: September 6, 2005

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ John K. Grant

Attorneys for Plaintiffs

## ORDER

The parties having stipulated to extend the time within which defendants Goldman, Sachs & Co., Merrill Lynch & Co., Morgan Stanley Dean Witter, and J.P. Morgan must answer the Corrected Third Amended Complaint, and good cause appearing therefore, the Court ORDERS AS FOLLOWS:

Absent further Order of the Court, defendants Goldman, Sachs & Co., Merrill Lynch & Co., Morgan Stanley Dean Witter, and J.P. Morgan shall answer the Corrected Third Amended Complaint by September 15, 2005.

**IT IS SO ORDERED.**

DATED: September 6, 2005

/s/ Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

ExodusStip.DOC