GIBSON, DUNN & CRUTCHER LLP
JONATHAN C. DICKEY, SBN 088226
PAUL J. COLLINS, SBN 187709
REBECCA JUSTICE LAZARUS, SBN 227330
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

Attorneys for Defendants
GOLDMAN, SACHS & CO., MERRILL LYNCH
& CO., MORGAN STANLEY DEAN WITTER,
AND J.P. MORGAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS. | CASE NO. C-01-2661-MMC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER CORRECTED THIRD AMENDED COMPLAINT; [PROPOSED] ORDER** |

  WHEREAS the Corrected Third Amended Complaint ("Complaint") in the above-captioned action was filed on April 29, 2005 and electronically served on that date;

  WHEREAS the Court issued an Order on April 18, 2005 deeming the defendants' pending motions to dismiss applicable to the Complaint;

  WHEREAS the Court issued an order on August 5, 2005 dismissing some of the claims asserted against the Underwriter Defendants in the Complaint and instructing the Underwriter Defendants to answer the Complaint by September 6, 2005;

  WHEREAS on August 30, 2005, the Underwriter Defendants filed a motion for reconsideration or, in the alternative, for clarification of the August 5, 2005 Order and, on September 12, 2005, the Court denied the Underwriter Defendants' motion; and

  WHEREAS the Underwriter Defendants' answer to the Corrected Third Amended Complaint currently must be filed on or before September 15, 2005, which is within three days of the Court's September 12, 2005 Order; and

WHEREAS the parties have stipulated to extend the time for the Underwriter Defendants to answer the Complaint in this action through and including October 3, 2005;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order, as follows:

The Underwriter Defendants shall have to and including October 3, 2005 within which to file an answer to the Complaint.

DATED: September 12, 2005

GIBSON, DUNN & CRUTCHER LLP

By: /s:/ Paul J. Collins
       Paul J. Collins

Attorneys for Defendants
GOLDMAN, SACHS & CO., MERRILL LYNCH & CO., MORGAN STANLEY DEAN WITTER, AND J.P. MORGAN

DATED: September 12, 2005

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s:/ John K. Grant
       John K. Grant

Attorneys for Plaintiffs

The Underwriter Defendants' time within which to answer the Corrected Third Amended Complaint is hereby extended to and including October 3, 2005.

**IT IS SO ORDERED.**

DATED: September 13, 2005

*[signature]*

UNITED STATES DISTRICT JUDGE