```
GIBSON, DUNN & CRUTCHER LLP
JONATHAN C. DICKEY, SBN 088226
PAUL J. COLLINS, SBN 187709
REBECCA JUSTICE LAZARUS, SBN 227330
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

Attorneys for Defendants
GOLDMAN, SACHS & CO., MERRILL LYNCH
& CO., MORGAN STANLEY DEAN WITTER,
AND J.P. MORGAN
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS. | CASE NO. C-01-2661-MMC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER CORRECTED THIRD AMENDED COMPLAINT; [PROPOSED] ORDER** |

WHEREAS the Corrected Third Amended Complaint ("Complaint") in the above-captioned action was filed on April 29, 2005 and electronically served on that date; and

WHEREAS the Court issued an order on August 5, 2005 dismissing some of the claims asserted against the Underwriter Defendants in the Complaint and instructing the Underwriter Defendants to answer the Complaint by September 6, 2005; and

WHEREAS the Court, upon motion for reconsideration, denied defendant Ellen Hancock's motion to dismiss in part and directed Hancock to answer the Complaint on or before October 3, 2005; and

WHEREAS the parties previously stipulated to extend the time for the Underwriter Defendants to answer the Complaint in this action through and including October 3, 2005;

WHEREAS a case management conference has been scheduled to occur on October 21, 2005; and

WHEREAS all parties have agreed to extend the time within which defendants may answer the Complaint up through and including October 11, 2005, which is still in advance of the case management conference; and

WHEREAS all parties have further agreed to schedule the case management conference to occur on October 28, 2005 in order to accommodate conflicts in the parties' schedules;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order, as follows:

All Defendants shall have to and including October 11, 2005 within which to file their answers to the Complaint. The case management conference originally scheduled for October 21, 2005 is continued to October 28, 2005.

DATED: September 30, 2005

GIBSON, DUNN & CRUTCHER LLP

By:  /s:/ Paul J. Collins
           Paul J. Collins

Attorneys for Underwriter Defendants
GOLDMAN, SACHS & CO., MERRILL LYNCH & CO., MORGAN STANLEY DEAN WITTER, AND J.P. MORGAN

DATED: September 30, 2005

O'MELVENY & MYERS LLP

By:  /s:/ David M. Furbush
           David M. Furbush

Attorneys for Individual Defendants
R. MARSHALL CASE, DICK STOLZ, HERBERT A. DOLLAHITE, ADAM W. WEGNER, SAM S. MOHAMAD, BEVERLY BROWN, WILLIAM YEACK, ELLEN M. HANCOCK

DATED: September 30, 2005

            LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP


By: /s:/ Reed R. Kathrein
     Reed R. Kathrein

Attorneys for Plaintiffs




  ~~The Underwriter~~ Defendants' time within which to answer the Corrected Third Amended Complaint is hereby extended to and including October 11, 2005.  The case management conference originally scheduled for October 21, 2005 is continued to October 28, 2005.

  **IT IS SO ORDERED.**

DATED:  October 3, 2005

            _____
            UNITED STATES DISTRICT JUDGE

40217166_1.DOC