1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  REED R. KATHREIN (139304)
   JOHN K. GRANT (169813)
3  EX KANO S. SAMS II (192936)
   CONNIE M. CHEUNG (215381)
4  100 Pine Street, Suite 2600
   San Francisco, CA 94111
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  ReedK@lerachlaw.com
   JohnG@lerachlaw.com
7  ExkanoS@lerachlaw.com
   ConnieC@lerachlaw.com
8      – and –
   WILLIAM S. LERACH (68581)
9  655 West Broadway, Suite 1900
   San Diego, CA 92101
10 Telephone: 619/231-1058
   619/231-7423 (fax)
11 BILLL@lerachlaw.com

12 WEISS & LURIE
   JOSEPH H. WEISS
13 551 Fifth Avenue, Suite 1600
   New York, NY 10176
14 Telephone: 212/682-3025
   212/682-3010 (fax)
15     – and –
   JORDAN L. LURIE (130013)
16 LEIGH A. PARKER (170565)
   10940 Wilshire Blvd., 24th Floor
17 Los Angeles, CA 90024
   Telephone: 310/208-2800
18 310/209-2348 (fax)

19 Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION | Master File No. C-01-2661-MMC |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

**Stipulation**

The parties to this action stipulate and agree as follows:

1. A case management conference in this matter is presently scheduled for October 28, 2005. The parties have met and conferred as required by local rule, they have discussed a proposed case schedule and have exchanged a draft case management schedule.

2. The parties believe that permitting the parties to engage in certain initial discovery in order to resolve issues relating to Exodus Communications, Inc.'s ("Exodus") corporate documents before setting a case schedule would substantially benefit both the parties and the Court. The parties are in discussions regarding the extent of such discovery and defendants reserve their rights to object to such discovery. While this action has been pending, the relevant corporate entity, Exodus, filed for bankruptcy and sold its principal assets to the Cable & Wireless group of companies. The relevant Cable & Wireless subsidiary subsequently filed for bankruptcy itself and has since sold its operating assets to Savvis Communications, Corp. ("Savvis").

3. Although plaintiffs (with the Court's permission) served Cable & Wireless and Exodus with document preservation subpoenas in 2003, none of the parties knows whether Exodus' corporate records were retained by its bankruptcy administrator or were, instead, transferred to Cable & Wireless and/or to Savvis. As a result, the parties understand that there is a possibility that business records were transferred to the successor entities and may or may not have also been preserved by the bankruptcy estates. Discovery, which could not have been undertaken while the automatic stay of discovery was in place, is now being undertaken to determine the location and status of the relevant business records.

4. Without knowing whether the documents have been centrally gathered and preserved, or conversely, whether substantial efforts will be required to gather the records, including records stored electronically, the parties have been unable to agree upon a case schedule and other discovery limitations. The parties believe that it would substantially benefit the parties and the Court to permit the parties to take such third-party discovery necessary to determine the location and existence of Exodus' business records prior to conducting the initial case management conference and setting a litigation schedule.

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - C-01-2661-MMC                                                                                              - 1 -

1  5.  The parties believe that continuing the case management conference will not delay this action as they will engage in such third-party discovery that will be necessary for the prosecution of this action in any event.

Accordingly, the parties jointly request that the Court continue the case management conference to January 6, 2006.

### [Proposed] Order

Pursuant to the stipulation of the parties, and for good cause shown, the case management conference in this matter is continued to January 6, 2006 at 10:30 a.m. A case management conference statement must be filed no later than seven calendar days prior to the case management conference. IT IS SO ORDERED.

DATED: October 24, 2005

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SO STIPULATED:

DATED: October 21, 2005

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
REED R. KATHREIN
JOHN K. GRANT
EX KANO S. SAMS II
CONNIE M. CHEUNG

_____
JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

WEISS & LURIE
JOSEPH H. WEISS
551 Fifth Avenue, Suite 1600

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - C-01-2661-MMC                                                                              - 2 -

|   |   |   |
|---|---|---|
| 1 | | New York, NY  10176 |
| | | Telephone: 212/682-3025 |
| 2 | | 212/682-3010 (fax) |
| 3 | | WEISS & LURIE |
| | | JORDAN L. LURIE |
| 4 | | LEIGH A. PARKER |
| | | 10940 Wilshire Blvd., 24th Floor |
| 5 | | Los Angeles, CA  90024 |
| | | Telephone: 310/208-2800 |
| 6 | | 310/209-2348 (fax) |
| 7 | | Co-Lead Counsel for Plaintiffs |

DATED: October 21, 2005

O'MELVENY & MYERS LLP
DAVID M. FURBUSH
BRENT W. WILNER

_____
DAVID M. FURBUSH

2765 Sand Hill Road
Menlo Park, CA  94025
Telephone: 650/473-2600
650/473-2601 (fax)

Attorneys for Defendants

DATED:  October 21, 2005

GIBSON, DUNN & CRUTCHER LLP
JONATHAN C. DICKEY
PAUL J. COLLINS

_____
PAUL J. COLLINS

1881 Page Mill Road
Palo Alto, CA  94304
Telephone: 650/849-5300
650/849-5333 (fax)

Attorneys for Underwriter Defendants

T:\CasesSF\Exodus\S&O00025373_revised.doc

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - C-01-2661-MMC                                                                                                  - 3 -