LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
REED R. KATHREIN (139304)
JOHN K. GRANT (169813)
EX KANO S. SAMS II (192936)
CONNIE M. CHEUNG (215381)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
ReedK@lerachlaw.com
JohnKG@lerachlaw.com
ExkanoS@lerachlaw.com
ConnieC@lerachlaw.com
       – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

WEISS & LURIE
JOSEPH H. WEISS
551 Fifth Avenue, Suite 1600
New York, NY 10176
Telephone: 212/682-3025
212/682-3010 (fax)

WEISS & LURIE
JORDAN L. LURIE (130013)
LEIGH A. PARKER (170565)
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
Telephone: 310/208-2800
310/209-2348 (fax)

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION | Master File No. C-01-2661-MMC |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION AND INTERIM [~~PROPOSED~~] ORDER |
| ALL ACTIONS. | |

# STIPULATION

Plaintiffs and defendants, through their counsel, submit the following stipulation and proposed interim order concerning the confidential treatment of documents and other materials produced in discovery.

WHEREAS, this matter is a civil class action and the parties have begun to pursue discovery;

WHEREAS, the parties are in the process of negotiating a proposed confidentiality order governing the treatment of confidential information produced in discovery;

WHEREAS, certain parties and non-parties are preparing to produce documents in response to document requests and subpoenas;

WHEREAS, in order to avoid unnecessary delay, the parties have agreed to the entry of an interim order, pending entry of a formal protective order, permitting any party or non-party to designate documents and other materials produced in discovery as confidential;

WHEREAS, the parties agree that pending entry of a formal confidentiality order and except as permitted by the party producing the documents or other materials, documents and other materials designated confidential may not be shown to any person other than counsel and their regular employees;

NOW THEREFORE, the parties hereby stipulate to entry by the Court of an interim order requiring all documents and other materials designated by a producing party or non-party as confidential to be treated as attorney's-eyes-only and not to be shown to any person other than counsel and their regular employees. Without written permission from the designating party or a court order secured after appropriate notice to all interested persons, a party may not file in the public record in this action any materials designated as confidential. A party that seeks to file under seal any material designated as confidential must comply with Civil Local Rule 79-5.

1  SO STIPULATED

2  DATED: March 15, 2006         LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
3                                REED R. KATHREIN
                                 JOHN K. GRANT
4                                EX KANO S. SAMS II
                                 CONNIE M. CHEUNG
5

6
                                          /s/  JOHN K. GRANT
7                                            JOHN K. GRANT

8                                100 Pine Street, Suite 2600
                                 San Francisco, CA  94111
9                                Telephone:  415/288-4545
                                 415/288-4534 (fax)
10
                                 LERACH COUGHLIN STOIA GELLER
11                                  RUDMAN & ROBBINS LLP
                                 WILLIAM S. LERACH
12                               655 West Broadway, Suite 1900
                                 San Diego, CA  92101
13                               Telephone:  619/231-1058
                                 619/231-7423 (fax)
14
                                 WEISS & LURIE
15                               JOSEPH H. WEISS
                                 551 Fifth Avenue, Suite 1600
16                               New York, NY  10176
                                 Telephone:  212/682-3025
17                               212/682-3010 (fax)

18                               WEISS & LURIE
                                 JORDAN L. LURIE
19                               LEIGH A. PARKER
                                 10940 Wilshire Blvd., 24th Floor
20                               Los Angeles, CA  90024
                                 Telephone:  310/208-2800
21                               310/209-2348 (fax)

22                               Co-Lead Counsel for Plaintiffs
   DATED: March 15, 2006
23                               GIBSON, DUNN & CRUTCHER LLP
                                 PAUL J. COLLINS
24                               1881 Page Mill Road
                                 Palo Alto, CA 94304
25

26
                                          /s/  PAUL J. COLLINS
27                                            PAUL J. COLLINS

28                               1881 Page Mill Road

STIPULATION & INTERIM PROPOSED ORDER - C-01-2661-MMC                      - 2 -

DATED: March 15, 2006

Palo Alto, CA 94304
Telephone: 650/849-5300
650/849-5333 (fax)

O'MELVENY & MYERS LLP
DHAIVAT H. SHAH

      /s/  DHAIVAT H. SHAH
      DHAIVAT H. SHAH

2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: 650/473-2600
650/473-2601 (fax)

Attorneys for Defendants

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation and Interim Proposed Order. In compliance with General Order 45, X.B., I hereby attest that Dhaivat H. Shah and Paul J. Collins, attorneys for defendants, have concurred in this filing.

\*     \*     \*

## [~~PROPOSED~~] O R D E R

Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

1. Pending entry of a formal protective order, any party or non-party is entitled to designate documents and other materials produced in discovery as confidential.

2. Documents and other materials designated confidential may not be shown to any person other than counsel and their regular employees.

3. Without written permission from the designating party or a court order secured after appropriate notice to all interested persons, a party may not file in the public record in this action any materials designated as confidential. A party that seeks to file under seal any material designated as confidential must comply with Civil Local Rule 79-5.

DATED: March 16, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Exodus\S&O00028433.doc