LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REED R. KATHREIN (139304)
JOHN K. GRANT (169813)
EX KANO S. SAMS II (192936)
CONNIE M. CHEUNG (215381)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
ReedK@lerachlaw.com
JohnKG@lerachlaw.com
ExkanoS@lerachlaw.com
ConnieC@lerachlaw.com
       – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

WEISS & LURIE
JOSEPH H. WEISS
551 Fifth Avenue, Suite 1600
New York, NY 10176
Telephone: 212/682-3025
212/682-3010 (fax)

WEISS & LURIE
JORDAN L. LURIE (130013)
LEIGH A. PARKER (170565)
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
Telephone: 310/208-2800
310/209-2348 (fax)

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION ) ) ) | Master File No. C-01-2661-MMC <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: ) ) <br> ALL ACTIONS. ) ) | STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARING DATES |

**STIPULATION**

Plaintiffs and defendants, through their below-signed counsel stipulate and agree as follows:

1. There are presently two matters noticed for separate hearings or appearances in this action: a case management conference scheduled for April 7, 2006, and a hearing on Defendant Ellen Hancock's Notice of Motion and Motion for Involuntary Dismissal of Plaintiffs Michael Klein, Teresi Trucking, Inc., William Friedman, and Martin Fox, for Failure to Prosecute, noticed for May 5, 2006.

2. The parties believe that it would reduce the expense and burden of this litigation, both on the Court and the parties, to consolidate the case management conference with the hearing noticed for May 5, 2006, particularly as certain counsel will travel from Los Angeles to appear.

Accordingly, the parties jointly ask the Court to consolidate the case management conference and move the case management conference in this matter to May 5, 2006 to coincide with defendants' motion.

IT IS SO STIPULATED.

DATED: March 28, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REED R. KATHREIN
JOHN K. GRANT
EX KANO S. SAMS II
CONNIE M. CHEUNG


        /s/ JOHN K. GRANT
          JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

WEISS & LURIE
JOSEPH H. WEISS

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARING DATES -
C-01-2661-MMC    - 1 -

|   |   |
|---|---|
| 1 | 551 Fifth Avenue, Suite 1600 |
|   | New York, NY  10176 |
| 2 | Telephone:  212/682-3025 |
|   | 212/682-3010 (fax) |

```
                              WEISS & LURIE
                              JORDAN L. LURIE
                              LEIGH A. PARKER
                              10940 Wilshire Blvd., 24th Floor
                              Los Angeles, CA  90024
                              Telephone:  310/208-2800
                              310/209-2348 (fax)

                              Co-Lead Counsel for Plaintiffs
```

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Hearing Dates.  In compliance with General Order 45, X.B., I hereby attest that Dhaivat H. Shah and Rebecca Justice Lazarus have concurred in this filing.

           /s/ JOHN K. GRANT
              JOHN K. GRANT

DATED: March 28, 2006        O'MELVENY & MYERS LLP
                                         DAVID M. FURBUSH
                                         BRENT W. WILNER
                                         DHAIVAT H. SHAH

                                        /s/ DHAIVAT H. SHAH
                                           DHAIVAT H. SHAH

2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:  650/473-2600
650/473-2601 (fax)

Attorneys for Defendants

DATED:  March 28, 2006       GIBSON, DUNN & CRUTCHER LLP
                                         JONATHAN C. DICKEY
                                         PAUL J. COLLINS
                                         REBECCA JUSTICE LAZARUS


                                        /s/ REBECCA JUSTICE LAZARUS
                                          REBECCA JUSTICE LAZARUS

1881 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/849-5300
650/849-5333 (fax)

Attorneys for Underwriter Defendants

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARING DATES -
C-01-2661-MMC                                                                                      - 2 -

**ORDER**

Pursuant to the stipulation of the parties, the case management conference in this matter is continued to May 5, 2006, the date of defendants' pending motion. The case management statement is due on April 28, 2006. IT IS SO ORDERED.

DATED: March 28, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Exodus\STP00029384.doc