| | |
|---|---|
| 1 | DAVID M. FURBUSH (State Bar No. 83447) |
| | DHAIVAT H. SHAH (State Bar No. 196382) |
| 2 | ROBERTA L. HARTING (State Bar No. 225067) |
| | O'MELVENY & MYERS LLP |
| 3 | 2765 Sand Hill Road |
| | Menlo Park, California  94025 |
| 4 | Telephone:  (650) 473-2600 |
| | Facsimile:  (650) 473-2601 |
| 5 | E-Mail:  dfurbush@omm.com |
| |   dshah@omm.com |
| 6 |   rharting@omm.com |

Attorneys for Defendant
ELLEN M. HANCOCK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re | Master File No. C-01-2661-MMC |
|---|---|
| EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION | [PROPOSED] ORDER DISMISSING NAMED PLAINTIFF MARTIN FOX |
| | Honorable Maxine M. Chesney |
| This Document Relates To: | |
| ALL ACTIONS. | |

1  For good cause shown, IT IS HEREBY ORDERED that plaintiff Martin Fox's claims are
2  dismissed for failure to prosecute, without prejudice to his submitting a claim as a member of the
3  class if such class is certified and prevails.
4  IT IS SO ORDERED.

6  Dated: _May 9, 2006_____

_____
The Honorable Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER DISMISSING PLAINTIFF FOX – C-01-2661-MC