IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION<br><br>This Document Relates to: ALL ACTIONS<br>———————————————————/ | Master File No. C-01-2661 MMC<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO ADD, OR IN THE ALTERNATIVE, TO INTERVENE, AN ADDITIONAL NAMED PLAINTIFF**<br><br>(Docket No. 313) |

Before the Court is plaintiffs' motion, filed May 5, 2006 and noticed for hearing June 9, 2006, to add Ellen Brodsky as an additional named plaintiff, or, in the alternative, to allow her to intervene as an additional named plaintiff.

Also before the Court is plaintiffs' motion, filed May 19, 2006 and renoticed for hearing July 14, 2006, to allow Boilermaker-Blacksmith National Pension Fund to intervene as an additional named plaintiff.

In the interests of judicial economy, the Court finds it appropriate to hear both motions on the same date. Accordingly, the hearing on the earlier-filed motion is hereby continued from June 9, 2006 to July 14, 2006.

**IT IS SO ORDERED.**

Dated: June 2, 2006

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge