1 | DAVID M. FURBUSH (State Bar No. 83447)
2 | DHAIVAT H. SHAH (State Bar No. 196382)
  | ROBERTA L. HARTING (State Bar No. 225067)
3 | O'MELVENY & MYERS LLP
  | 2765 Sand Hill Road
4 | Menlo Park, California  94025
  | Telephone:   (650) 473-2600
5 | Facsimile:    (650) 473-2601
  | E-Mail:       dfurbush@omm.com
6 |              dshah@omm.com
  |              rharting@omm.com

7 | Attorneys for Defendant
  | ELLEN M. HANCOCK
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re | Master File No. C-01-2661-MMC |
|---|---|
| EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION | **[PROPOSED]** ORDER RE DEFENDANT ELLEN HANCOCK'S MOTION FOR LEAVE TO FILE SURREPLY REGARDING BRODSKY'S MOTION TO ADD, OR IN THE ALTERNATIVE, TO INTERVENE, AN ADDITIONAL NAMED PLAINTIFF |
| This Document Relates To:<br><br>ALL ACTIONS. | Honorable Maxine M. Chesney<br><br>Hearing Date:  June 9, 2006<br>Time:              9:00 a.m. |

[PROPOSED] ORDER RE MOTION FOR LEAVE TO FILE SURREPLY - C-01-2661-MMC

1  Having considered Defendant Ellen Hancock's Motion for Leave to File Surreply
2  Regarding Brodsky's Motion to Add, or in the Alternative, to Intervene, an Additional Named
3  Plaintiff, and finding sufficient justification in light of the new arguments and cases presented
4  by Brodsky in her reply memorandum, it is hereby **ORDERED** that the motion is **GRANTED**
5  and the surreply is deemed filed.
6  **IT IS SO ORDERED**.

8  Dated:  June 2, 2006

   _____
10  The Honorable Maxine M. Chesney
    United States District Judge

12  MP1:982199.1