IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION<br><br>This Document Relates to: ALL ACTIONS<br>_____/ | Master File No. C-01-2661 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On June 2, 2006, the Court granted defendants' motion for summary judgment on all claims asserted by the remaining named plaintiff, Thomas Welch. Two motions to intervene are scheduled to be heard July 14, 2006. Under such circumstances, it appears appropriate to continue the case management conference currently scheduled for June 9, 2006.

Accordingly, the case management conference in the above-titled action is hereby CONTINUED to August 11, 2006 at 10:30 a.m. The parties shall file a joint case management statement no later than August 4, 2006.

**IT IS SO ORDERED.**

Dated: June 5, 2006

MAXINE M. CHESNEY
United States District Judge