Case 3:01-cv-02661-MMC   Document 363   Filed 08/07/06   Page 1 of 4

1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  REED R. KATHREIN (139304)
   JOHN K. GRANT (169813)
3  EX KANO SAMS II (192936)
   CONNIE M. CHEUNG (215381)
4  100 Pine Street, Suite 2600
   San Francisco, CA 94111
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  ReedK@lerachlaw.com
   JohnKG@lerachlaw.com
7  ExkanoS@lerachlaw.com
   ConnieC@lerachlaw.com
8    - and -
   WILLIAM S. LERACH (68581)
9  655 West Broadway, Suite 1900
   San Diego, CA 92101
10 Telephone: 619/231-1058
   619/231-7423 (fax)
11 BillL@lerachlaw.com

12 WEISS & LURIE                        WEISS & LURIE
   Jordan L. Lurie (130013)             Joseph H. Weiss
13 Leigh A. Parker (170565)             551 Fifth Avenue, Suite 1600
   10940 Wilshire Boulevard, 23rd Floor New York, NY 10176
14 Los Angeles, CA 90024                Telephone: 212/682-3025
   Telephone: 310/208-2800              212/682-3010 (fax)
15 310/209-2348 (fax)
   jlurie@weisslurie.com
16

17 *Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION | ) Master File No. C-01-2661-MMC )<br>) <u>CLASS ACTION</u><br>) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) **STIPULATION AND [PROPOSED]**<br>) **ORDER CONTINUING CASE**<br>) **MANAGEMENT CONFERENCE**<br>)<br>) Current CMC Date: August 11, 2006<br>  Time:            10:30 a.m.<br>  Courtroom:   Honorable Maxine Chesney |

STIPULATION AND [PROPOSED] ORDER CONTINUING                Master File No. C-01-2661-MMC
CASE MANAGEMENT CONFERENCE

1     WHEREAS, a Case Management Conference currently is scheduled in this matter for August 11, 2006 at 10:30 a.m.; and

    WHEREAS, two separate motions to intervene additional named plaintiffs, and defendants' motion to dismiss, are fully briefed and under submission as of this date; and

    WHEREAS, the Court has requested that the parties address scheduling issues at the next Case Management Conference; and

    WHEREAS, the parties have conferred and agree that scheduling issues may be more efficiently addressed after the resolution of the three pending motions;

    NOW THEREFORE, accordingly, the parties respectfully request that the Case Management Conference currently scheduled for August 11, 2006 be continued to October 6, 2006 at 10:30 a.m.

    IT SO STIPULATED.

DATED: August 4, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Reed R. Kathrein
John K. Grant
Ex Kano Sams II
Connie M. Cheung
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
  - and -
William S. Lerach
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

WEISS & LURIE
Jordan L. Lurie
Leigh A. Parker

By:       /s/ Leigh A. Parker
10940 Wilshire Boulevard, 23th Floor
Los Angeles, CA 90024
Telephone: 310/208-2800
310/209-2348 (fax)

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE    Master File No. C-01-2661-MMC

1

| | |
|---|---|
| 1 | WEISS & LURIE |
| 2 | Joseph H. Weiss |
|   | 551 Fifth Avenue, Suite 1600 |
| 3 | New York, NY  10176 |
|   | Telephone:  212/682-3025 |
| 4 | 212/682-3010 (fax) |
| 5 | *Co-Lead Counsel for Plaintiffs* |

6 | DATED: August 4, 2006 | O'MELVENY & MYERS LLP
David M. Furbush
7 | | Dhaivat H. Shah
| | Roberta L. Harting
8
| | By: _____/s/ Dhaivat H. Shah_____
9 | | 2765 Sand Hill Road
| | Menlo Park, CA 94025
10 | | Telephone: 650/473-2600
| | 650/473-2601 (fax)
11
| | *Attorneys for Defendant Ellen M. Hancock*
12

13 | DATED: August 4, 2006 | GIBSON, DUNN & CRUTCHER LLP
| | Jonathan C. Dickey
14 | | Paul J. Collins
| | Rebecca Justice Lazarus
15
| | By: _____/s/ Jonathan C. Dickey_____
16 | | 1881 Page Mill Road
| | Palo Alto, CA 94304
17 | | Telephone: 650/849-5300
| | 650/849-5009 (fax)
18
| | *Attorneys for Defendants Goldman Sachs & Co., Merrill Lynch & Co., Morgan Stanley Dean Witter and J.P. Morgan*
19
20

21

22 **CERTIFICATION OF CONCURRENCE OF FILING**

23 I certify that Jonathan C. Dickey and Dhaivat H. Shah concur in the filing of this document.

24                                                    _____/s/ Leigh A. Parker_____
                                                                 Leigh A. Parker
25

26

27

28

**O R D E R**

IT IS SO ORDERED. The Case Management Conference currently scheduled for August 11, 2006 is continued to October 6, 2006 at 10:30 a.m.

DATED: August 7, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE