UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION | Master File No. C-01-2661-MMC <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | [PROPOSED] REVISED ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS <br><br> DATE:  October 31, 2008 <br> TIME:  9:00 a.m. <br> COURTROOM: The Honorable Maxine M. Chesney |

THIS MATTER having come before the Court on Lead Plaintiffs' and Representative Plaintiffs' application for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of April 9, 2008 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Settlement Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. To the extent the objection submitted by Seema Godiwala can be considered to be an objection to the Plan of Allocation, the Court finds it to be without merit and hereby overrules such objection.

4. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

5. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: October 31, 2008

/s/ Maxine M. Chesney
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
EX KANO S. SAMS II
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
JOY ANN BULL


          s/ Joy Ann Bull
           JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

WEISS & LURIE
JOSEPH H. WEISS
551 Fifth Avenue, Suite 1600
New York, NY 10176
Telephone: 212/682-3025
212/682-3010 (fax)

[PROPOSED] REVISED ORDER APPROVING PLAN OF ALLOCATION OF
SETTLEMENT PROCEEDS - C-01-2661-MMC                                                          - 2 -

WEISS & LURIE
JORDAN L. LURIE
LEIGH A. PARKER
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
Telephone: 310/208-2800
310/209-2348 (fax)

Co-Lead Counsel for Plaintiffs

S:\Settlement\Exodus.set\ORDER ALLOCATION 00053811.doc

[PROPOSED] REVISED ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS - C-01-2661-MMC                                                         - 3 -