UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Master File No. C-01-2661-MMC <br><br>CLASS ACTION <br><br>[PROPOSED] AMENDED ORDER AWARDING ATTORNEYS' FEES AND EXPENSES <br><br>DATE:   October 31, 2008 <br>TIME:   9:00 a.m. <br>COURTROOM:   The Honorable <br>                    Maxine M. Chesney |

1   THIS MATTER having come before the Court on October 31, 2008, on the application of Co-Lead Counsel for an award of attorneys' fees and expenses incurred in the above-captioned action; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of April 9, 2008 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court finds the objection submitted by James J. Izanec and the objection received by Co-Lead Counsel from Federico Sacerdoti to be without merit and hereby overrules each of these objections.

4. The Court hereby awards Co-Lead Counsel attorneys' fees of 20% of the Settlement Fund, plus payment of litigation expenses in the amount of $900,000 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

[PROPOSED] AMENDED ORDER AWARDING ATTORNEYS' FEES AND
EXPENSES - C-01-2661-MMC                                                                                                          - 1 -

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Co-Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: October 31, 2008

*/s/ Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
EX KANO S. SAMS II
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
JOY ANN BULL

          s/ Joy Ann Bull
          JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

WEISS & LURIE
JOSEPH H. WEISS
551 Fifth Avenue, Suite 1600
New York, NY 10176
Telephone: 212/682-3025
212/682-3010 (fax)

[PROPOSED] AMENDED ORDER AWARDING ATTORNEYS' FEES AND
EXPENSES - C-01-2661-MMC                                                              - 2 -

1
2  WEISS & LURIE
   JORDAN L. LURIE
3  LEIGH A. PARKER
   10940 Wilshire Blvd., 24th Floor
4  Los Angeles, CA 90024
   Telephone: 310/208-2800
5  310/209-2348 (fax)

6  Co-Lead Counsel for Plaintiffs

7  S:\Settlement\Exodus.set\AMENDED ORDER FEE 00054965.doc

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] AMENDED ORDER AWARDING ATTORNEYS' FEES AND
EXPENSES - C-01-2661-MMC                                    - 3 -